Gertrude Schwabl, Appellant, v. St. Augustine's Church, Rochester, N. Y., Respondent.— Judgment and order affirmed, with costs. All concur, except Harris, J., who dissents and votes for reversal and reinstatement of the verdict on the ground that there was a fair question of fact as to whether ice existed on the step for a sufficient length of time to create liability on the part of defendant. (The judgment dismisses plaintiff's complaint on a reserved decision of a motion to dismiss in an icy sidewalk case. The order sets aside the verdict of the jury in favor of plaintiff for $3,500 and granted defendant's motion for a nonsuit and a directed verdict.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

Sheldon Thompson, Jr., as Receiver of All the Rents and Profits Issuing Out of Premises Known as Nos. 23–27 East Huron Street in the City of Buffalo, New York, Respondent, v. The Brunswick-Balke-Collender Company, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the complaint does not state a cause of action. All concur. (The order denies defendant's motion to make amended complaint more definite and certain, to strike out certain paragraphs, and to dismiss the amended complaint in an action for rent.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

The People of the State of New York ex rel. Hazel M. Parker, Respondent, v. Ernest Shaw, Appellant.— Final order affirmed, without costs. All concur. (The order directs defendant to pay for support of infant and funeral expenses if necessary in a filiation proceeding.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.